| | |
|---|---|
| 1 | Collin D. Cook (SBN 251606) |
| | E-Mail: ccook@fisherphillips.com |
| 2 | Amaris M. Stich (SBN 274477) |
| | Email: astich@fisherphillips.com |
| 3 | Brandon K. Kahoush (SBN 311560) |
| | E-Mail: bkhoush@fisherphillips.com |
| 4 | FISHER & PHILLIPS LLP |
| | 1 Montgomery Street, Suite 3400 |
| 5 | San Francisco, California 94104 |
| | Telephone: (415) 490-9000 |
| 6 | Facsimile: (415) 490-9001 |

Attorneys for Defendant,
ANDRES LOPEZ erroneously sued as
ANDY LOPEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY OLMSTED, | Case No: 2:21-CV-01547-MCE-DMC |
| | *[Honorable Morrison C. England, Jr., Courtroom 7]* |
| Plaintiff, | |
| v. | (Related Cases) |
| FOUNDATION PARTNERS GROUP, LLC, a Delaware Corporation; ANDY LOPEZ, an Individual, inclusive, | **STIPULATION REGARDING DEADLINES AND ORDER** |
| Defendants. | Complaint Filed: August 27, 2021 |
| | Trial Date: None Set |
| GENE PAUL NELSON, NICOLE NELSON | Case No. 2:21-cv-01738-MCE-DME |
| Plaintiff, | |
| v. | |
| FOUNDATION PARTNERS GROUP, LLC, A Delaware Corporation, ANDY LOPEZ, An Individual, inclusive, and DOES 1 through 50, INCLUSIVE, | Complaint Filed: September 24, 2021 |
| | Trial Date: None Set |
| Defendants. | |

1
**STIPULATION REGARDING DEADLINES AND ORDER**
FP 46356594.3

WHEREAS, on October 13, 2022, Defendant ANDRES LOPEZ, erroneously sued as ANDY LOPEZ ("Lopez") filed Renewed Motions to Stay the Civil Action Pending Resolution of the Criminal Proceedings ("Motions to Stay") in the Related Cases.

WHEREAS, on December 6, 2022, after receipt of the Joint Request for Ruling on Requests for Scheduling Order in Nelson Action, Modification of Scheduling Order in Olmsted Action, and Stipulation on Deadlines, this Court issued Orders setting dates and deadlines in the Related Cases as follows:

> Fact Discovery completed within 9 months from this Court's ruling on the Renewed Motion for Stay in both actions. Designation of Expert Witnesses due within 60 days after the close of fact discovery in both the Nelson Action and the Olmsted Action. Rebuttal Expert Witnesses due by 30 days after the designation of expert witnesses in both the Nelson Action and the Olmsted Action. Expert discovery completed by 120 days after expert witnesses are designated in the Nelson Action and the Olmsted Action. Dispositive motions due within 180 days after the close of fact discovery in the Nelson Action and the Olmsted Action.

WHEREAS, on February 6, 2023, Lopez filed Notices of Withdrawal of the Motions to Stay.  Therefore, no rulings will be issued with respect to the Motions to Stay to trigger the deadlines referenced in this Court's Orders, dated December 6, 2022.

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs BRANDY OLMSTED, GENE PAUL NELSON, and NICOLE NELSON, and Defendant FOUNDATION PARTNERS GROUP, LLC, and Lopez, by and through their respective counsel of record, as follows:

1. Fact Discovery in both cases shall be completed within 9 months from the date the Court signs an Order on this Stipulation Regarding Deadlines;
2. Designation of Expert Witnesses shall be due within 60 days after the close of fact discovery;
3. Rebuttal Expert Witnesses shall be due by 30 days after the designation of expert witnesses;

///

|   |   |   |
|---|---|---|
| 1 | 4. | Expert discovery shall be completed by 120 days after expert witnesses are designated; and |
| 3 | 5. | Dispositive motions shall be due within 180 days after the close of fact discovery. |

FISHER & PHILLIPS LLP

Dated: March 10, 2023

By: */s/ Collin D. Cook*
Collin D. Cook
Amaris M. Stich
Attorneys for Defendant
ANDRES LOPEZ erroneously sued as
ANDY LOPEZ

THE VELEZ LAW FIRM, PC

Dated: March 10, 2023

By: */s/ Mark P. Velez*
Mark P. Velez
Natalya V. Grunwald
Attorneys for Plaintiff
BRANDY OLMSTED, GENE PAUL
NELSON, AND NICOLE NELSON

JACKSON LEWIS P.C.

Dated: March 10, 2023

By: */s/ Asha J. Lopez*
Carolyn G. Burnette
Asha J. Lopez
Attorneys for Defendant
FOUNDATION PARTNERS GROUP,
LLC

# ORDER

The Court having considered the Stipulation Regarding Deadlines filed by Plaintiffs BRANDY OLMSTED, GENE PAUL NELSON, and NICOLE NELSON, and Defendants FOUNDATION PARTNERS GROUP, LLC and ANDRES LOPEZ, erroneously sued as ANDY LOPEZ, and other supporting evidence and papers, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. Fact Discovery in both actions shall be completed within 9 months from the date that this Court signs this Order;
2. Designation of Expert Witnesses shall be due within 60 days after the close of fact discovery;
3. Rebuttal Expert Witnesses shall be due by 30 days after the designation of expert witnesses;
4. Expert discovery shall be completed by 120 days after expert witnesses are designated; and
5. Dispositive motions shall be due within 180 days after the close of fact discovery.

**IT IS SO ORDERED.**

Dated: March 15, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE