UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE PAUL NELSON,<br>NICOLE NELSON<br><br>  Plaintiff,<br><br>  v.<br><br>FOUNDATION PARTNERS GROUP, LLC,<br>A Delaware Corporation, ANDY LOPEZ,<br>An Individual, inclusive, and DOES 1 through<br>50, INCLUSIVE,<br><br>  Defendants. | Case No. 2:21-cv-01738-MCE-DME<br><br>**ORDER ON JOINT REQUEST TO MODIFY SCHEDULING ORDER** |

The Court having considered the Joint Request to Modify Scheduling Order filed by plaintiff Gene Paul Nelson and defendant Foundation Partners Group, LLC (collectively, the "Parties"), and other supporting evidence and papers, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. Fact discovery (including related motions) shall be completed by June 15, 2024.

2. The Parties shall designate expert witnesses by August 13, 2024.

3. The Parties shall designate rebuttal expert witnesses by September 14, 2024.

///

4. Expert discovery shall be completed (including related motions) by December 12, 2024.

5. Dispositive motions shall be filed by December 12, 2024.

**IT IS SO ORDERED.**

Dated:  September 28, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE