1  Mark P. Velez (SBN 163484)
2  Natalya Grunwald (SBN 265084)
   THE VELEZ LAW FIRM, P.C.
3  3010 Lava Ridge Court, Suite 120
   Roseville, California 95661
4  Telephone: (916) 774-2720
   Facsimile: (916) 774-2730
5  E-mail: velezlaw@live.com

6
   Attorneys for Plaintiffs
7  GENE PAUL NELSON, NICOLE NELSON

8
   Collin D. Cook (SBN 251606)
9  Amaris M. Stich (SBN 274477)
   FISHER & PHILLIPS LLP
10 One Montgomery Street, Suite 3400
   San Francisco, California 94104
11 Telephone: (415) 490-9000
   Facsimile: (415) 490-9001
12 E-mail: ccook@fisherphillips.com
   E-mail: astich@fisherphillips.com
13

14 Attorneys for Defendant
   ANDRES LOPEZ (erroneously sued as ANDY LOPEZ)
15                          **UNITED STATES DISTRICT COURT**

16                          **EASTERN DISTRICT OF CALIFORNIA**

17

18 | GENE PAUL NELSON, NICOLE NELSON, | Case No. 2:21-CV-01738-MCE-DMC |
19 |         Plaintiffs,                | **JOINT STIPULATION FOR DISMISSAL OF DEFENDANT ANDRES LOPEZ AND ORDER** |
20 |    v.                              |                                |
21 | FOUNDATION PARTNER GROUP, LLC, a Delaware Corporation, ANDY LOPEZ, an Individual, inclusive, | |
22 |                                    |                                |
23 |         Defendants.                |                                |

24
25
26
27
28

1
JOINT STIPULATION FOR DISMISSAL OF DEFENDANT ANDRES LOPEZ AND ORDER

Plaintiff Gene Paul Nelson ("Plaintiff") and Defendant Andres Lopez (erroneously sued as Andy Lopez) ("Mr. Lopez") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

### **STIPULATION**

WHEREAS, the Parties have agreed to informally resolve the above-captioned matter as to claims against Mr. Lopez only.

WHEREAS, Plaintiff agrees to dismiss the Complaint, with prejudice, as to Mr. Lopez only, to comply with such Agreement.

NOW THEREFORE, the Parties stipulate that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Complaint as asserted against Mr. Lopez only, shall be dismissed, with prejudice. Each Party shall bear his own respective attorneys' fees and costs, and release any and all claims they may have against each other.

**IT IS SO STIPULATED.**

Dated: September 19, 2023     THE VELEZ LAW FIRM, P.C.

By: /s/ Mark P. Velez
Mark P. Velez
Natalya Grunwald
Attorneys for Plaintiffs
GENE PAUL and NICOLE NELSON

Dated: September 19, 2023     FISHER & PHILLIPS LLP

By: */s/ Collin D. Cook*
Collin D. Cook
Amaris M. Stich
Attorneys for Defendant
ANDRES LOPEZ (erroneously
sued as ANDY LOPEZ)

**ORDER**

Pursuant to stipulation of the Parties, and for good cause shown, the Complaint as asserted against Defendant Andres Lopez (erroneously sued as Andy Lopez) is DISMISSED, with prejudice. This case shall proceed on Plaintiffs' remaining claims.

IT IS SO ORDERED.

Dated:  September 29, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE